George Dewey HINDS, Petitioner–
Respondent,

v.

Jean Sandra HINDS, Respondent–
Appellant.

No. 70223.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 25, 1997.

Lozano, Hendrickson & Lozano, L.C.,
Todd N. Hendrickson, St. Louis, for appel-
lant.

Hilton, Gillespie, & Kiesewetter, L.L.C.,
Lawrence G. Gillespie, Webster Groves, for
respondent.

Before CRAHAN, P.J., and GRIMM and
HOFF, JJ.

ORDER

PER CURIAM.

Jean Sandra Hinds (Wife) appeals the
judgment and decree of legal separation en-
tered by the trial court. George Dewey
Hinds' motion to dismiss Wife's appeal or in
the alternative to strike Wife's brief, taken
with the case, is denied.

The trial court's judgment is supported by
substantial evidence and is not against the
weight of the evidence. No error of law
appears. An opinion reciting the detailed
facts and restating the principles of law
would have no precedential value. The judg-
ment is affirmed in accordance with Rule
84.16(b).

Anthony M. BELCHER,
Movant–Appellant,

v.

STATE of Missouri, Defendant–
Respondent.

No. 70010.

Missouri Court of Appeals,
Eastern District,
Division One.

March 25, 1997.

Irene Karns, Asst. Public Defender, Co-
lumbia, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Breck K. Burgess, Asst. Atty. Gen., Jefferson
City, for defendant-respondent.

Before DOWD, P.J., and GARY M.
GAERTNER and CRANE, JJ.

ORDER

PER CURIAM.

Anthony M. Belcher (Movant) appeals
from the denial of his Rule 24.035 motion
following an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties
and the record on appeal and find the claim
of error to be without merit. An opinion
reciting the detailed facts and restating the
principles of law would have no precedential
value. However, the parties have been fur-
nished with a memorandum opinion for their
information only, setting forth the facts and
reasons for this order. The judgment is
affirmed in accordance with Rule 84.16(b).